# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 22, 2011

No. 11-30259
Summary Calendar

Lyle W. Cayce
Clerk

ALYCE GAINES JOHNSON SPECIAL TRUST,

Plaintiff - Appellant

v.

EL PASO E & P COMPANY, L.P.; CRYSTAL E & P COMPANY, L.P.,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:10-CV-16

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court in its ruling dated February 24, 2011.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.